William H. Baker, Respondent, v. Citizens Trust Company of Brooklyn, Appellant.— Judgment affirmed, with costs, on the authority of *Baker* v. *Citizens Trust Company* (137 App. Div. 888). No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Builders Trucking and Material Company, Respondent, v. The Hastings Pavement Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Marianne Donnelly, Respondent, v. The Long Island Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the verdict is against the weight of the evidence. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

William J. Grill, Respondent, v. Morris A. Dubroff, Appellant.— Order of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Max Grundfast, Respondent, v. Aaron Ratner, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Laurence G. Hanmer, Respondent, v. L. J. Wing Manufacturing Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Hardman, Peck & Co., a Corporation, Respondent, v. Adolph Schuman, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Michael Hoar, Respondent, v. John Hoar and Others, Defendants. John F. Hoff, Appellant.— Order of the County Court of Nassau county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

John Krause, Appellant, v. John U. Sander, as Treasurer of Brewers' Union No. 69 of the International Union of the United Brewery Workmen of America, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Nicholas Meyer, Respondent, v. Louis Marcofsky, etc., Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Siegmund Nathan, Appellant, v. William H. Woolverton, as President of the New York Transfer Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Carmine Grimaldi, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Abraham Lewis, Appellant.— Judgment of conviction of the County Court of Kings county affirmed on reargument. No opinion. Hirschberg, Burr, Woodward and Rich, JJ., concurred; Jenks, P. J., dissented.